No. 713. PARKE, DAVIS & CO. *v.* COOK, COMMISSIONER OF REVENUE. January 2, 1945. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. (1) *Underwood Typewriter Co.* v. *Chamberlain*, 254 U. S. 113, 120–21, and cases cited; *International Harvester Co.* v. *Wisconsin Department of Taxation*, 322 U. S. 435, 441–42; (2) *Union Tank Line Co.* v. *Wright*, 249 U. S. 275, 282; *Nashville, C. & St. L. R. Co.* v. *Browning*, 310 U. S. 362, 365–66; (3) *Interna-*

*tional Harvester Co.* v. *Department of Treasury,* 322 U. S. 340; *Department of Treasury* v. *Wood Corporation,* 313 U. S. 62; cf. *McLeod* v. *Dilworth Co.,* 322 U. S. 327. *Messrs. B. D. Murphy* and *Edgar Watkins* for appellant. *Messrs. T. Grady Head,* Attorney General of Georgia, *Claude Shaw* and *Victor Davidson,* Assistant Attorneys General, for appellee.